John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 834183

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10550 | 007-0 | DARLENE F. LEWIS<br>Original Check written to:<br>THORNTON FINANCIAL SERVICE, INC.<br>9710 SCRANTON ROAD., STE 160<br>SAN DIEGO, CA  92121 | xx2512 | 11,355.06 | 182.04 | 0.00 | 182.04 |
| 06-90132 | 106-0 | FRANK V DERKOWSKI<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA  94524-0010 | xxxxxx7272 | 239.95 | 156.37 | 0.00 | 156.37 |
| 07-90315 | 032-0 | DAVID E SCHAEFFER<br>Original Check written to:<br>ANGELINA DIG RADIOLOGY<br>P O BOX 152420<br>LUFKIN, TX  75915 | | 190.94 | 11.69 | 0.00 | 11.69 |
| 08-90258 | 006-0 | HORACE L. MANHART<br>Original Check written to:<br>NACOGDOCHES COUNTY<br>100 WEST MAIN NO. 110<br>NACOGDOCHES, TX  75961- | | 77.49 | 6.79 | 0.00 | 6.79 |
| 08-90361 | 002-0 | BRENDA KAY PATE<br>Original Check written to:<br>FIRST NATIONAL BANK OF LIVINGSTON<br>308 WEST CHURCH ST<br>LIVINGSTON, TX  77351- | xxxxxxx3148 | 2,802.00 | 698.00 | 0.00 | 698.00 |
| 09-10026 | 006-0 | CASEY BRIDGES<br>Original Check written to:<br>TRADE RITE AUTO SALES<br>116 N FRAZIER<br>CONROE, TX  77301- | | 3,003.57 | 127.53 | 13.70 | 141.23 |
| 09-90336 | 005-0 | JACQUELIN WHITE<br>Original Check written to:<br>CHASE TAX RELATED PRODUCTS GROUP<br>RAL DIVISION<br>P. O. BOX 272<br>WORTHINGTON, OH  43085- | 5126 | 0.00 | 319.00 | 0.00 | 319.00 |